| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS | |
| Case number *(if known)* _____ Chapter __7__ | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Andrell International, LLC | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA eVitamins<br>FKA Pomeroy Markets Acquisition Company, LLC | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 86-3422859 | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>6833 Auburn Rd.<br>Utica, MI 48315<br>Number, Street, City, State & ZIP Code<br><br>Macomb<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.evitamins.com | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor __Andrell International, LLC_____  Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor __Seth and Lisa Pomeroy_____  Relationship __Principal__

---

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 2

Debtor  Andrell International, LLC _____   Case number (*if known*) _____
        Name

|  | District | Northern District of Illinois | When | 11/22/23 | Case number, if known | 23-15728 |

**11. Why is the case filed in *this district?***  *Check all that apply:*
- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
- ☒ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ☒ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☒ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  Andrell International, LLC
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  December 21, 2023
            MM / DD / YYYY

**X** /s/  Seth Pomeroy                               Seth Pomeroy
Signature of authorized representative of debtor     Printed name

Title  Managing Member

**18. Signature of attorney**

**X** /s/ Ben Schneider                               Date  December 21, 2023
Signature of attorney for debtor                           MM / DD / YYYY

Ben Schneider
Printed name

The Law Offices of Schneider and Stone
Firm name

8424 SKOKIE BLVD SUITE 200
Skokie, IL 60077
Number, Street, City, State & ZIP Code

Contact phone  (847) 933-0300      Email address  ben@windycitylawgroup.com

IL
Bar number and State

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**       page 4

Fill in this information to identify the case:
Debtor name: Andrell International, LLC
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ANDA, Inc. PO Box 930219 Atlanta, GA 31193 | | | | | | $8,401.00 |
| Barclays Credit Card PO Box 8801 Wilmington, DE 19899 | | Credit card purchases | | | | $19,467.00 |
| Capital One PO Box 71087 Charlotte, NC 28272 | | Credit card purchases | | | | $76,827.00 |
| Citi Bank Mastercard PO Box 6500 Sioux Falls, SD 57117 | | Credit card purchases | | | | $16,743.00 |
| DHL Global Mail 2700 S. Commerce Parkway #300 Weston, FL 33331 | | | | | | $36,642.00 |
| FedEx Cross Border Logistics, Inc. 145 Lt. George W Lee Avenue Memphis, TN 38108 | | | | | | $255,350.00 |
| FedEx Ground PO Box 371461 Pittsburgh, PA 15250 | | | | | | $94,586.00 |
| First Bank Card - WIntrust PO Box 714 Rosemont, IL 60018 | | Credit card purchases | | | | $19,768.00 |
| HFD 1893 Northwood Drive Troy, MI 48084 | | | | | | $26,676.00 |

Debtor  Andrell International, LLC  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hinsdale Bank and Trust Co, N.A.<br>Loan Department<br>9801 W. Higgins Rd., Suite 400<br>Rosemont, IL 60018 | | Security Deposit Accounts Receivable Vitamins and supplements Basic office furniture Computers Polybag machines Children's Best eVitamins evitamins.com Customer list Billing and inventory software | | $4,100,000.00 | $103,968.00 | $3,996,032.00 |
| Life Extension<br>3600 West Commercial Blvd<br>Fort Lauderdale, FL 33309 | | | | | | $9,581.00 |
| NOW Foods<br>244 Knollwood Drive<br>Bloomingdale, IL 60108 | | | | | | $21,609.00 |
| Palko Services<br>4991 W. US Hwy 20<br>Michigan City, IN 46360 | | | | | | $13,585.00 |
| Seth Pomeroy<br>6250 S. Grant St.<br>Burr RIdge, IL 60527 | | Loan | | | | $439,695.21 |
| Seth Pomeroy<br>6250 S. Grant St.<br>Burr RIdge, IL 60527 | | Wages | | | | $68,802.50 |
| Seth Pomeroy<br>6250 S. Grant St.<br>Burr Ridge, IL 60527 | | 401k | | | | $33,981.36 |
| Theralogix<br>401 East Jefferson Street Suite #204<br>Rockville, MD 20850 | | | | | | $91,283.00 |
| Tom Wick<br>16253 Verilyn Circle<br>Naples, FL 34110 | | Seller note | | | | $400,000.00 |
| Tora LLC<br>6833 Auburn Road<br>Utica, MI 48317 | | | | | | $16,500.00 |
| Wellbeam<br>1520 Mariposa Ave<br>Palo Alto, CA 94306 | | | | | | $9,707.00 |

American Eagle  
77 Hot Metal Street  
Pittsburgh, PA 15203  

Amy Myers  
c/o Kelly Kamerer 8816 Cullen Lane  
Austin, TX 78748  

ANDA, Inc.  
PO Box 930219  
Atlanta, GA 31193  

APAC Paper  
4000 Enterprise Dr.  
Allen Park, MI 48101  

Barclays Credit Card  
PO Box 8801  
Wilmington, DE 19899  

Barleans  
3660 Slater Road  
Ferndale, WA 98248  

Begin  
530 Divisadero St.  
San Francisco, CA 94117  

Bell Lifestyle Products, Inc.  
07090 68th Street  
South Haven, MI 49090  

Blue Bonnet  
12915 Dary Ashford  
Sugar Land, TX 77478  

Brandon R. Freud  
Chuhak & Tecson, P.C.  
120 S. Riverside Plaza, Suite 1700  
Chicago, IL 60606  

Broadmoore Labs, Inc.  
4564 Telephone Road, Ste. 804  
Ventura, CA 93003  

Capital One  
PO Box 71087  
Charlotte, NC 28272  

Carlson Labs  
600 W. University Drive  
Arlington Heights, IL 60004  

Citi Bank Mastercard  
PO Box 6500  
Sioux Falls, SD 57117

```
Codeage, LLC
5628 Washington Blvd
Los Angeles, CA 90016


Continental Vitamin Co.
4510 S. Boyle Ave
Los Angeles, CA 90058


Costco Visa
PO Box 790046
Saint Louis, MO 63179


DHL Global Mail
2700 S. Commerce Parkway #300
Weston, FL 33331


Esteem Natural Secrets LLC
7609 Steilacoom Blvd SW, #200
Lakewood, WA 98498


FedEx Cross Border Logistics, Inc.
145 Lt. George W Lee Avenue
Memphis, TN 38108


FedEx Ground
PO Box 371461
Pittsburgh, PA 15250


First Bank Card - WIntrust
PO Box 714
Rosemont, IL 60018


GAIA Herbs
184 Butler Farm Rd
Mills River, NC 28759


GFL Environmental
501 Collier Road
Pontiac, MI 48340


HFD
1893 Northwood Drive
Troy, MI 48084


Hinsdale Bank and Trust Co, N.A.
Loan Department
9801 W. Higgins Rd., Suite 400
Rosemont, IL 60018


Irwin Nationals
Dept LA 22610
Pasadena, CA 91185


Jarrow Formulas, Inc.
1824 SO. Robertson Blvd
Los Angeles, CA 90035
```

```
Kount
PO Box 71221
Charlotte, NC 28272


Libido Edge Labs
PO Box 253
Newark, OH 43058


Life Extension
3600 West Commercial Blvd
Fort Lauderdale, FL 33309


Lisa Pomeroy
6250 S. Grant St.
Burr RIdge, IL 60527


Maple Lane Pest Control
5955 Chicago Rd
Warren, MI 48092


Merchandise, Inc.
5929 Ohio 128
Miamitown, OH 45041


Michael's Naturopathic Programs
6003 Randolph Boulevard
San Antonio, TX 78233


National Vitamin Co, Inc.
1145 West Gila Bend Hwy
Casa Grande, AZ 85122


Natures Plus
PO Box 8951
Melville, NY 11747


Nestle Health Science
PO Box 843398
Dallas, TX 75284


Neurohacker Collective, LLC
5938 Priestly Drive, Suite 200
Carlsbad, CA 92008


New Chapter, Inc.
PO Box 6055
Brattleboro, VT 05302


NOW Foods
244 Knollwood Drive
Bloomingdale, IL 60108


Nutraceutical Corp.
580 W. 300 N 2C North Dock
Ogden, UT 84412
```

Only Natural
3580 Oceanside Road, Unit 5
Oceanside, NY 11572

Palko Services
4991 W. US Hwy 20
Michigan City, IN 46360

Peter Maggiano

Peter Mangiapane
52633 Ihla
Shelby Township, MI 48316

Principal Life Insurance Company
711 High St.
Des Moines, IA 50392

Pure Essence Labs
PO Box 95397
Las Vegas, NV 89193

Reliable Delivery
21450 Trolley Industrial Dr.
Taylor, MI 48180

Select Nutrition Distributors
PO Box 419719
Boston, MA 02241

Seth Pomeroy
6250 S. Grant St.
Burr RIdge, IL 60527

Seth Pomeroy
6250 S. Grant St.
Burr Ridge, IL 60527

Super Natural Distributors
W229 N 1680 Westwood Drive Suite C
Waukesha, WI 53186

The Synergy Company
2279 Resource Blvd
Moab, UT 84532

Theralogix
401 East Jefferson Street Suite #204
Rockville, MD 20850

Tom Wick
16253 Verilyn Circle
Naples, FL 34110

```
Tora LLC
6833 Auburn Road
Utica, MI 48317


Tora, LLC
PO Box 183503
Utica, MI 48318


UPS
28013 Network Place
Chicago, IL 60673


UPS Mail Innovation
28013 Network Place
Chicago, IL 60673


Vitanica
PO Box 1299
Tualatin, OR 97062


Viva 5 Group, LLC
239 2nd Av South Ste 200
Saint Petersburg, FL 33701


Wellbeam
1520 Mariposa Ave
Palo Alto, CA 94306
```

# United States Bankruptcy Court
## Northern District of Illinois

In re: Andrell International, LLC
Debtor(s)

Case No.
Chapter 7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Andrell International, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☐ None [*Check if applicable*]

December 21, 2023
Date

/s/ Ben Schneider
Ben Schneider
Signature of Attorney or Litigant
Counsel for Andrell International, LLC
The Law Offices of Schneider and Stone
8424 SKOKIE BLVD SUITE 200
Skokie, IL 60077
(847) 933-0300  Fax:
ben@windycitylawgroup.com