**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | **Andrell International, LLC** <br> Name | EIN: 86–3422859 |
| United States Bankruptcy Court | Northern District of Illinois | Date case filed for chapter: 7   12/21/23 |
| Case number: | 23–17127 | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Andrell International, LLC | |
| 2. **All other names used in the last 8 years** | dba eVitamins, fka Pomeroy Markets Acquisition Company, LLC | |
| 3. **Address** | 6833 Auburn Rd. <br> Utica, MI 48315 | |
| 4. **Debtor's attorney** <br> Name and address | Ben L Schneider <br> Schneider & Stone <br> 8424 Skokie Blvd. <br> Suite 200 <br> Skokie, IL 60077 | Contact phone 847–933–0300 <br> Email: ben@windycitylawgroup.com |
| 5. **Bankruptcy trustee** <br> Name and address | David P Leibowitz ESQ <br> Law Offices of David P Leibowitz LLC <br> 3478 N. Broadway – Unit 234 <br> Chicago, IL 60657–6968 | Contact phone 312–662–5750 <br> Email: dleibowitz@lodpl.com |
| 6. **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division <br> 219 S Dearborn <br> 7th Floor <br> Chicago, IL 60604 | Hours open: <br> 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. <br><br> Contact phone 1–866–222–8029 <br><br> Date: 12/22/23 |
| 7. **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **January 17, 2024 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br> **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 839 802 6639, and Passcode 8540408143, OR call 1–872–201–2451** <br><br> For additional meeting information, go to www.justice.gov/ust/moc . |
| 8. **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 23-17127-DLT

Andrell International, LLC  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: admin Page 1 of 3
Date Rcvd: Dec 22, 2023 Form ID: 309C Total Noticed: 62

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrell International, LLC, 6833 Auburn Rd., Utica, MI 48317-5213 |
| 30557272 | + | ANDA, Inc., PO Box 930219, Atlanta, GA 31193-0219 |
| 30557271 | + | Amy Myers, c/o Kelly Kamerer 8816 Cullen Lane, Austin, TX 78748-1706 |
| 30557275 | + | Barleans, 3660 Slater Road, Ferndale, WA 98248-9518 |
| 30557276 | + | Begin, 530 Divisadero St., San Francisco, CA 94117-2213 |
| 30557277 | + | Bell Lifestyle Products, Inc., 07090 68th Street, South Haven, MI 49090-8119 |
| 30557278 | + | Blue Bonnet, 12915 Dary Ashford, Sugar Land, TX 77478-3101 |
| 30557279 | + | Brandon R. Freud, Chuhak & Tecson, P.C., 120 S. Riverside Plaza, Suite 1700, Chicago, IL 60606-3911 |
| 30557280 | + | Broadmoore Labs, Inc., 4564 Telephone Road, Ste. 804, Ventura, CA 93003-5661 |
| 30557282 | + | Carlson Labs, 600 W. University Drive, Arlington Heights, IL 60004-1985 |
| 30557284 | + | Codeage, LLC, 5628 Washington Blvd, Los Angeles, CA 90016-1915 |
| 30557285 | + | Continental Vitamin Co., 4510 S. Boyle Ave, Los Angeles, CA 90058-2418 |
| 30557287 | + | DHL Global Mail, 2700 S. Commerce Parkway #300, Weston, FL 33331-3630 |
| 30557288 | + | Esteem Natural Secrets LLC, 7609 Steilacoom Blvd SW, #200, Lakewood, WA 98498-6199 |
| 30557289 | + | FedEx Cross Border Logistics, Inc., 145 Lt. George W Lee Avenue, Memphis, TN 38103-4025 |
| 30557290 | + | FedEx Ground, PO Box 371461, Pittsburgh, PA 15250-7461 |
| 30557291 | + | First Bank Card - WIntrust, PO Box 714, Rosemont, IL 60018-0714 |
| 30557292 | | GAIA Herbs, 184?Butler?Farm?Rd, Mills River, NC 28759 |
| 30557293 | + | GFL Environmental, 501 Collier Road, Pontiac, MI 48326 |
| 30557294 | + | HFD, 1893 Northwood Drive, Troy, MI 48084-5525 |
| 30557295 | + | Hinsdale Bank and Trust Co, N.A., Loan Department, 9801 W. Higgins Rd., Suite 400, Rosemont, IL 60018-4704 |
| 30557296 | + | Irwin Nationals, Dept LA 22610, Pasadena, CA 91185-0001 |
| 30557298 | + | Kount, PO Box 71221, Charlotte, NC 28272-1221 |
| 30557300 | + | Life Extension, 3600 West Commercial Blvd, Fort Lauderdale, FL 33309-3324 |
| 30557301 | + | Lisa Pomeroy, 6250 S. Grant St., Burr RIdge, IL 60527-5135 |
| 30557302 | + | Maple Lane Pest Control, 5955 Chicago Rd, Warren, MI 48092-1606 |
| 30557303 | | Merchandise, Inc., 5929 Ohio 128, Miamitown, OH 45041 |
| 30557304 | + | Michael's Naturopathic Programs, 6003 Randolph Boulevard, San Antonio, TX 78233-5719 |
| 30557310 | + | NOW Foods, 244 Knollwood Drive, Bloomingdale, IL 60108-2257 |
| 30557305 | + | National Vitamin Co, Inc., 1145 West Gila Bend Hwy, Casa Grande, AZ 85122-4308 |
| 30557306 | + | Natures Plus, PO Box 8951, Melville, NY 11747-8951 |
| 30557307 | + | Nestle Health Science, PO Box 843398, Dallas, TX 75284-3398 |
| 30557308 | + | Neurohacker Collective, LLC, 5938 Priestly Drive, Suite 200, Carlsbad, CA 92008-8847 |
| 30557311 | | Nutraceutical Corp., 580 W. 300 N 2C North Dock, Ogden, UT 84412 |
| 30557312 | + | Only Natural, 3580 Oceanside Road, Unit 5, Oceanside, NY 11572-5825 |
| 30557313 | + | Palko Services, 4991 W. US Hwy 20, Michigan City, IN 46360-6638 |
| 30557315 | + | Peter Mangiapane, 52633 Ihla, Shelby Township, MI 48316-3065 |
| 30557317 | + | Pure Essence Labs, PO Box 95397, Las Vegas, NV 89193-5397 |
| 30557318 | + | Reliable Delivery, 21450 Trolley Industrial Dr., Taylor, MI 48180-1824 |
| 30557319 | + | Select Nutrition Distributors, PO Box 419719, Boston, MA 02241-9719 |
| 30557320 | + | Seth Pomeroy, 6250 S. Grant St., Burr RIdge, IL 60527-5135 |
| 30557322 | + | Super Natural Distributors, W229 N 1680 Westwood Drive Suite C, Waukesha, WI 53186-1150 |
| 30557323 | + | The Synergy Company, 2279 Resource Blvd, Moab, UT 84532-3406 |
| 30557324 | + | Theralogix, 401 East Jefferson Street Suite #204, Rockville, MD 20850-2617 |
| 30557325 | + | Tom Wick, 16253 Verilyn Circle, Naples, FL 34110-2897 |

Case 23-17127   Doc 8   Filed 12/24/23   Entered 12/24/23 23:11:29   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0752-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: 309C | Total Noticed: 62 |

| | | |
|---|---|---|
| 30557327 | + | Tora, LLC, PO Box 183503, Utica, MI 48318-3503 |
| 30557328 | + | UPS, 28013 Network Place, Chicago, IL 60673-1280 |
| 30557329 | + | UPS Mail Innovation, 28013 Network Place, Chicago, IL 60673-1280 |
| 30557330 | + | Vitanica, PO Box 1299, Tualatin, OR 97062-1299 |
| 30557331 | + | Viva 5 Group, LLC, 239 2nd Av South Ste 200, Saint Petersburg, FL 33701-4333 |
| 30557332 | + | Wellbeam, 1520 Mariposa Ave, Palo Alto, CA 94306-1024 |

TOTAL: 51

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: ben@windycitylawgroup.com | Dec 22 2023 22:15:00 | Ben L Schneider, Schneider & Stone, 8424 Skokie Blvd., Suite 200, Skokie, IL 60077 |
| tr | EDI: FDPLEIBOWITZ.COM | Dec 23 2023 03:05:00 | David P Leibowitz, ESQ, Law Offices of David P Leibowitz LLC, 3478 N. Broadway - Unit 234, Chicago, IL 60657-6968 |
| 30557273 | Email/Text: Lhixon@apacpaper.com | Dec 22 2023 22:15:00 | APAC Paper, 4000 Enterprise Dr., Allen Park, MI 48101 |
| 30557270 | + EDI: SYNC | Dec 23 2023 03:05:00 | American Eagle, 77 Hot Metal Street, Pittsburgh, PA 15203-2381 |
| 30557274 | + EDI: TSYS2 | Dec 23 2023 03:05:00 | Barclays Credit Card, PO Box 8801, Wilmington, DE 19899-8801 |
| 30557281 | + EDI: CAPITALONE.COM | Dec 23 2023 03:05:00 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 30557283 | + EDI: CITICORP | Dec 23 2023 03:05:00 | Citi Bank Mastercard, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 30557286 | + EDI: CITICORP | Dec 23 2023 03:05:00 | Costco Visa, PO Box 790046, Saint Louis, MO 63179-0046 |
| 30557297 | Email/Text: jonathanl@jarrow.com | Dec 22 2023 22:15:00 | Jarrow Formulas, Inc., 1824 SO. Robertson Blvd, Los Angeles, CA 90035 |
| 30557309 | + Email/Text: accountsreceivable@new-chapter.com | Dec 22 2023 22:17:00 | New Chapter, Inc., PO Box 6055, Brattleboro, VT 05302-6055 |
| 30557316 | + Email/Text: dllawbankruptcy@exchange.principal.com | Dec 22 2023 22:16:00 | Principal Life Insurance Company, 711 High St., Des Moines, IA 50392-0001 |

TOTAL: 11

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30557314 | | Peter Maggiano |
| 30557321 | *+ | Seth Pomeroy, 6250 S. Grant St., Burr Ridge, IL 60527-5135 |
| 30557299 | ##+ | Libido Edge Labs, PO Box 253, Newark, OH 43058-0253 |
| 30557326 | ##+ | Tora LLC, 6833 Auburn Road, Utica, MI 48317-5213 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 22, 2023 | Form ID: 309C | Total Noticed: 62 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2023         Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ben L Schneider | on behalf of Debtor 1 Andrell International  LLC ben@windycitylawgroup.com, mstone@windycitylawgroup.com;ebrandes@windycitylawgroup.com;schneider.benb120265@notify.bestcase.com |
| David P Leibowitz, ESQ | dleibowitz@lodpl.com  il64@ecfcbis.com;dl@trustesolutions.com;dl@trustesolutions.net;ECF@lodpl.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 3