**Fill in this information to identify the case:**

Debtor name     Andrell International, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   1:23-bk-17127

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors         12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☒ Schedule H: Codebtors (Official Form 206H)
☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 4, 2024          X  /s/ Seth Pomeroy
                                           Signature of individual signing on behalf of debtor

                                           Seth Pomeroy
                                           Printed name

                                           Managing Member
                                           Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  Andrell International, LLC

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  1:23-bk-17127

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 4, 2024

_____        Seth Pomeroy
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Managing Member

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

## United States Bankruptcy Court
### Northern District of Illinois

| In re | Andrell International, LLC | | Case No. | 1:23-bk-17127 |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 7 |

## LIST OF EQUITY SECURITY HOLDERS
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    January 4, 2024          Signature    /s/ Seth Pomeroy
                                                                     Seth Pomeroy

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.