Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Andrell International, LLC
6833 Auburn Rd.
Utica, MI 48315
SSN: EIN: 86−3422859
dba eVitamins, fka Pomeroy Markets Acquisition Company, LLC

Case No. : 23−17127
Chapter : 7
Judge : Deborah L. Thorne

---

Debtor's Attorney:

Ben L Schneider
Schneider & Stone
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077

847−933−0300

Trustee:

David P Leibowitz ESQ
Law Offices of David P Leibowitz LLC
3478 N. Broadway − Unit 234
Chicago, IL 60657−6968

312−662−5750

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *December 21, 2023* .

1. *April 24, 2024* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *June 18, 2024* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.**

For the Court,

Dated: January 23, 2024

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 23-17127-DLT
Andrell International, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: admin     Page 1 of 3
Date Rcvd: Jan 23, 2024     Form ID: ntcftfc7     Total Noticed: 60

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrell International, LLC, 6833 Auburn Rd., Utica, MI 48317-5213 |
| 30557272 | + | ANDA, Inc., PO Box 930219, Atlanta, GA 31193-0219 |
| 30557271 | + | Amy Myers, c/o Kelly Kamerer 8816 Cullen Lane, Austin, TX 78748-1706 |
| 30557275 | + | Barleans, 3660 Slater Road, Ferndale, WA 98248-9518 |
| 30557276 | + | Begin, 530 Divisadero St., San Francisco, CA 94117-2213 |
| 30557277 | + | Bell Lifestyle Products, Inc., 07090 68th Street, South Haven, MI 49090-8119 |
| 30557278 | + | Blue Bonnet, 12915 Dary Ashford, Sugar Land, TX 77478-3101 |
| 30557279 | + | Brandon R. Freud, Chuhak & Tecson, P.C., 120 S. Riverside Plaza, Suite 1700, Chicago, IL 60606-3911 |
| 30557280 | + | Broadmoore Labs, Inc., 4564 Telephone Road, Ste. 804, Ventura, CA 93003-5661 |
| 30557282 | + | Carlson Labs, 600 W. University Drive, Arlington Heights, IL 60004-1985 |
| 30557284 | + | Codeage, LLC, 5628 Washington Blvd, Los Angeles, CA 90016-1915 |
| 30557285 | + | Continental Vitamin Co., 4510 S. Boyle Ave, Los Angeles, CA 90058-2418 |
| 30557287 | + | DHL Global Mail, 2700 S. Commerce Parkway #300, Weston, FL 33331-3630 |
| 30557288 | + | Esteem Natural Secrets LLC, 7609 Steilacoom Blvd SW, #200, Lakewood, WA 98498-6199 |
| 30557289 | + | FedEx Cross Border Logistics, Inc., 145 Lt. George W Lee Avenue, Memphis, TN 38103-4025 |
| 30557290 | + | FedEx Ground, PO Box 371461, Pittsburgh, PA 15250-7461 |
| 30557291 | + | First Bank Card - WIntrust, PO Box 714, Rosemont, IL 60018-0714 |
| 30557292 | | GAIA Herbs, 184?Butler?Farm?Rd, Mills River, NC 28759 |
| 30557293 | + | GFL Environmental, 501 Collier Road, Pontiac, MI 48326 |
| 30557294 | + | HFD, 1893 Northwood Drive, Troy, MI 48084-5525 |
| 30557295 | + | Hinsdale Bank and Trust Co, N.A., Loan Department, 9801 W. Higgins Rd., Suite 400, Rosemont, IL 60018-4704 |
| 30557296 | + | Irwin Nationals, Dept LA 22610, Pasadena, CA 91185-0001 |
| 30557298 | + | Kount, PO Box 71221, Charlotte, NC 28272-1221 |
| 30557300 | + | Life Extension, 3600 West Commercial Blvd, Fort Lauderdale, FL 33309-3324 |
| 30557301 | + | Lisa Pomeroy, 6250 S. Grant St., Burr RIdge, IL 60527-5135 |
| 30557302 | + | Maple Lane Pest Control, 5955 Chicago Rd, Warren, MI 48092-1606 |
| 30557303 | | Merchandise, Inc., 5929 Ohio 128, Miamitown, OH 45041 |
| 30557304 | + | Michael's Naturopathic Programs, 6003 Randolph Boulevard, San Antonio, TX 78233-5719 |
| 30557310 | + | NOW Foods, 244 Knollwood Drive, Bloomingdale, IL 60108-2257 |
| 30557305 | + | National Vitamin Co, Inc., 1145 West Gila Bend Hwy, Casa Grande, AZ 85122-4308 |
| 30557306 | + | Natures Plus, PO Box 8951, Melville, NY 11747-8951 |
| 30557307 | + | Nestle Health Science, PO Box 843398, Dallas, TX 75284-3398 |
| 30557308 | + | Neurohacker Collective, LLC, 5938 Priestly Drive, Suite 200, Carlsbad, CA 92008-8847 |
| 30557311 | | Nutraceutical Corp., 580 W. 300 N 2C North Dock, Ogden, UT 84412 |
| 30557312 | + | Only Natural, 3580 Oceanside Road, Unit 5, Oceanside, NY 11572-5825 |
| 30557313 | + | Palko Services, 4991 W. US Hwy 20, Michigan City, IN 46360-6638 |
| 30557315 | + | Peter Mangiapane, 52633 Ihla, Shelby Township, MI 48316-3065 |
| 30557317 | + | Pure Essence Labs, PO Box 95397, Las Vegas, NV 89193-5397 |
| 30557318 | + | Reliable Delivery, 21450 Trolley Industrial Dr., Taylor, MI 48180-1824 |
| 30557319 | + | Select Nutrition Distributors, PO Box 419719, Boston, MA 02241-9719 |
| 30557320 | + | Seth Pomeroy, 6250 S. Grant St., Burr RIdge, IL 60527-5135 |
| 30557322 | + | Super Natural Distributors, W229 N 1680 Westwood Drive Suite C, Waukesha, WI 53186-1150 |
| 30557323 | + | The Synergy Company, 2279 Resource Blvd, Moab, UT 84532-3406 |
| 30557324 | + | Theralogix, 401 East Jefferson Street Suite #204, Rockville, MD 20850-2617 |
| 30557325 | + | Tom Wick, 16253 Verilyn Circle, Naples, FL 34110-2897 |

Case 23-17127   Doc 21   Filed 01/25/24   Entered 01/25/24 23:19:50   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0752-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2024 | Form ID: ntcftfc7 | Total Noticed: 60 |

| | | |
|---|---|---|
| 30557327 | + | Tora, LLC, PO Box 183503, Utica, MI 48318-3503 |
| 30557328 | + | UPS, 28013 Network Place, Chicago, IL 60673-1280 |
| 30557329 | + | UPS Mail Innovation, 28013 Network Place, Chicago, IL 60673-1280 |
| 30557330 | + | Vitanica, PO Box 1299, Tualatin, OR 97062-1299 |
| 30557331 | + | Viva 5 Group, LLC, 239 2nd Av South Ste 200, Saint Petersburg, FL 33701-4333 |
| 30557332 | + | Wellbeam, 1520 Mariposa Ave, Palo Alto, CA 94306-1024 |

TOTAL: 51

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 30557273 | Email/Text: Lhixon@apacpaper.com | Jan 23 2024 22:58:00 | APAC Paper, 4000 Enterprise Dr., Allen Park, MI 48101 |
| 30557270 | + EDI: SYNC | Jan 24 2024 03:25:00 | American Eagle, 77 Hot Metal Street, Pittsburgh, PA 15203-2381 |
| 30557274 | + EDI: TSYS2 | Jan 24 2024 03:25:00 | Barclays Credit Card, PO Box 8801, Wilmington, DE 19899-8801 |
| 30557281 | + EDI: CAPITALONE.COM | Jan 24 2024 03:25:00 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 30557283 | + EDI: CITICORP | Jan 24 2024 03:25:00 | Citi Bank Mastercard, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 30557286 | + EDI: CITICORP | Jan 24 2024 03:25:00 | Costco Visa, PO Box 790046, Saint Louis, MO 63179-0046 |
| 30557297 | Email/Text: jonathanl@jarrow.com | Jan 23 2024 22:58:00 | Jarrow Formulas, Inc., 1824 SO. Robertson Blvd, Los Angeles, CA 90035 |
| 30557309 | + Email/Text: accountsreceivable@new-chapter.com | Jan 23 2024 23:01:00 | New Chapter, Inc., PO Box 6055, Brattleboro, VT 05302-6055 |
| 30557316 | + Email/Text: dllawbankruptcy@exchange.principal.com | Jan 23 2024 22:59:00 | Principal Life Insurance Company, 711 High St., Des Moines, IA 50392-0001 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30557314 | | Peter Maggiano |
| 30557321 | *+ | Seth Pomeroy, 6250 S. Grant St., Burr Ridge, IL 60527-5135 |
| 30557299 | ##+ | Libido Edge Labs, PO Box 253, Newark, OH 43058-0253 |
| 30557326 | ##+ | Tora LLC, 6833 Auburn Road, Utica, MI 48317-5213 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2024              Signature:         /s/Gustava Winters

District/off: 0752-1 | User: admin | Page 3 of 3
Date Rcvd: Jan 23, 2024 | Form ID: ntcftfc7 | Total Noticed: 60

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ben L Schneider | on behalf of Debtor 1 Andrell International LLC ben@windycitylawgroup.com, mstone@windycitylawgroup.com;ebrandes@windycitylawgroup.com;schneider.benb120265@notify.bestcase.com |
| Brandon R Freud | on behalf of Creditor Hinsdale Bank & Trust Company N.A. bfreud@chuhak.com, dburns@chuhak.com |
| David P Leibowitz, ESQ | dleibowitz@lodpl.com il64@ecfcbis.com;dl@trustesolutions.com;dl@trustesolutions.net;ECF@lodpl.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 4